AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MCCARTHY MARINE GROUP, LLC, AS OWNER OF A 2021 AQUASPORT 224 BAY BEARING SERIAL NUMBER BAQ221901JO21, FOR EXONERATION FROM OR LIMTIATION OF LIABILITY | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: 4:22-cv-206 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated February 6, 2023, Limitation Plaintiff McCarthy Marine Group's Motion for Entry of Default Judgment is granted. Final judgment, pursuant to Rule 55(b)(2) is entered decreeing that Limitation Plaintiff, McCarthy Marine Group is exonerated from all liability for any and all losses, personal injury and/or death related to the May 28, 2022, Incident at issue in this case. This case stands closed.

Approved by: _____

| | | |
|---|---|---|
| February 7, 2023 |  | John E. Triplett, Clerk of Court |
| Date | | Clerk |
| | | _____ |
| | | (By) Deputy Clerk |

GAS Rev 10/2020